# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF WILLIAM W. SEEGMILLER, BAR NO. 3598.

No. 72525



FILED

JUL 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER IMPOSING RECIPROCAL DISCIPLINE*

This is a petition for reciprocal discipline of attorney William W. Seegmiller pursuant to SCR 114. Seegmiller failed to promptly pay a medical lien on behalf of his client. In considering this misconduct, the California Bar Court's Hearing Department concluded that there was one aggravating circumstance (prior discipline) and three mitigating circumstances (cooperation, good character, and community service, pro bono and charitable work). On January 5, 2017, the California Supreme Court suspended Seegmiller for one year, with all but the first 90 days stayed, and placed him on probation for two years subject to certain conditions. Seegmiller self-reported his California suspension to the State Bar of Nevada.

SCR 114(4) provides that this court shall impose identical reciprocal discipline unless the attorney demonstrates, or this court finds, that one of four exceptions applies. We conclude that none of the four exceptions are present in this case. By failing to pay his client's medical lien out of the funds held in his trust account on behalf of the client, Seegmiller violated RPC 1.15 (safekeeping property). He admitted to the misconduct before the California Bar Court's Hearing Department and does

SUPREME COURT
OF
NEVADA

(O) 1947A

17-25253

not contest reciprocal discipline here. Thus, we grant the petition for reciprocal discipline.

Accordingly, attorney William W. Seegmiller is hereby suspended from the practice of law in the State of Nevada for one year, with all but the first 90 days of that term stayed, retroactive to January 5, 2017, the date of his suspension in California. Seegmiller is also placed on probation for two years subject to the following conditions: (1) he comply with all Rules of Professional Conduct during his probation; (2) he submit quarterly reports to the State Bar concerning whether he has complied with all Rules of Professional Conduct during the previous quarter; (3) he complete a minimum of 6 CLE classes in the areas of ethics and law practice management, in addition to annually-mandated CLE credits; and (4) he pass the Multistate Professional Responsibility Examination. Seegmiller and the State Bar shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Cherry

_____, J.          _____, J.
Douglas                              Gibbons

_____, J.          _____, J.
Pickering                            Hardesty

_____, J.          _____, J.
Parraguirre                         Stiglich

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Nordstrom Law Office
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court